**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RACHEL A. BARBER, | ) | CASE NO. 1:25-CV-02731-MJH |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL J. HENDERSHOT |
| | ) | |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong recommending that the Court reverse and remand for further proceedings the final decision of Defendant Commissioner of Social Security denying the application of Plaintiff Rachel A. Barber for supplemental security income. [R.9].

Under the relevant statute, a party has 14 days to object to a Report and Recommendation, which triggers a district court's de-novo review. *See* 28 U.S.C. §636(b)(1)(C). The Magistrate Judge issued the Report on October 16, 2026. [R.9]. The parties are represented by counsel. [R.1, 8]. A party who does not file timely objections forfeits the district court's de-novo review. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140, 146–52 (1985) (upholding the Sixth Circuit's forfeiture rule as within its supervisory powers and consistent with 28 U.S.C. §636(b)(1)(C)). The Report plainly stated the consequences for failing to

timely submit objections. [R.9 at 812–14]. No objection to the Report has been filed and the deadline for doing so has passed.

The Court has reviewed the Report. For the reasons stated there, the Court **accepts** and **adopts** the Report [R.9] in its entirety. The final decision of the Commissioner of Social Security is **reversed** and **remanded** for further proceedings consistent with the Report.

**SO ORDERED**

Dated: November 2, 2026

*s/ Michael J. Hendershot*
**HON. MICHAEL J. HENDERSHOT**
**UNITED STATES DISTRICT COURT**